District of Oregon
Corresponds to AO 242
Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241
(Rev. 1/20)

FILED 10 MAR '22 10:56 USDC-ORP

Page 2 of 10

# UNITED STATES DISTRICT COURT
## District of Oregon

KORY TARPENNING

*Petitioner*

v.

DEWAYNE HENDRIX

*Respondent*
*(name of warden or authorized person having custody of petitioner)*

Case No. 3:22-cv-00315-AA
*(to be assigned by the Clerk of Court)*

## AMENDED PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

### Personal Information

1. (a) Your full name: Kory Tarpenning
   (b) Other names you have used:

2. Place of confinement:
   (a) Name of institution: FCI Sheridan Satellite Camp
   (b) Address: P.O. Box 6000
      Sheridan, OR 97378
   (c) Your identification ("SID") number: Register No. 67867-509

3. Are you currently being held on orders by:
   ☑ Federal authorities  ☐ State authorities  ☐ Other - explain:

4. Indicate that you are currently:
   ☐ A pretrial detainee (waiting for trial on criminal charges)
   ☑ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
   If you are currently serving a sentence, provide:
      (a) Name and location of the court that sentenced you: U.S. District Court, District of Oregon, Portland Division, 1000 S.W. Third Avenue, Portland, OR 97204
      (b) Docket number of criminal case: 3:21-CR-00315-MO
      (c) Date of sentencing: 01/13/2022
   ☐ Being held on an immigration charge
   ☐ Other *(explain)*:

District of Oregon
Corresponds to AO 242
Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241    AMENDED PETITION    Page 3 of 10
(Rev. 1/20)

## Decision or Action You Are Challenging

5. Indicate what you are challenging in this petition:

   ☑ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

   ☐ Pretrial detention

   ☐ Immigration detention

   ☐ Detainer

   ☐ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)

   ☐ Disciplinary proceedings

   ☐ Other (explain): _____

6. Provide more information about the decision or action you are challenging:

   (a) Name and location of the agency or court: FCI Sheridan, Federal Correctional Institution, Satellite Camp, 27072 Ballston Road, Sheridan, OR 97378

   (b) Docket number, case number, or opinion number: _____

   (c) Decision or action you are challenging (for disciplinary proceedings, specify the penalties imposed):

   The BOP has failed to acknowledge, calculate, determine, recognize, credit or apply the maximum amount of First Step Act of 2018 (FSA) Time Credits to reduce my term of incarceration accordingly. In addition, the BOP has arbitrarily and capriciously denied my request for home confinement under 34 U.S.C. § 60541(g).

   (d) Date of the decision or action: 03/03/2022

## Your Earlier Challenges of the Decision or Action

7. **First appeal**

   Did you appeal the decision, file a grievance, or seek an administrative remedy?

   ☐ Yes            ☑ No

   (a) If "Yes," provide:

   (1) Name of the authority, agency, or court: _____

   (2) Date of filing: _____

   (3) Docket number, case number, or opinion number: _____

   (4) Result: _____

   (5) Date of result: _____

   (6) Issues raised: _____

(b) If you answered "No," explain why you did not appeal:   (i) there are time constraints that would cause irreparable harm from delay; (ii) this involves statutory construction; and (iii) the BOP has already determined an incorrect release date rendering exhaustion futile.

8. **Second appeal**

    After the first appeal, did you file a second appeal to a higher authority, agency, or court?

    ☐ Yes          ☐ No

    (a) If "Yes," provide:

      (1) Name of the authority, agency, or court: _____

      (2) Date of filing: _____
      (3) Docket number, case number, or opinion number: _____
      (4) Result: _____
      (5) Date of result: _____
      (6) Issues raised: _____

    (b) If you answered "No," explain why you did not file a second appeal: _____

9. **Third appeal**

    After the second appeal, did you file a third appeal to a higher authority, agency, or court?

    ☐ Yes          ☐ No

    (a) If "Yes," provide:

      (1) Name of the authority, agency, or court: _____

      (2) Date of filing: _____
      (3) Docket number, case number, or opinion number: _____
      (4) Result: _____
      (5) Date of result: _____
      (6) Issues raised: _____

District of Oregon
Corresponds to AO 242
Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241                                                                    Page 5 of 10
(Rev. 1/20)                                              AMENDED PETITION

_____

(b) If you answered "No," explain why you did not file a third appeal: _____

10. **Motion under 28 U.S.C. § 2255**

   In this petition, are you challenging the validity of your conviction or sentence as imposed?

   ☐ Yes            ☑ No

   If "Yes," answer the following:

   (a)   Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?

         ☐ Yes            ☐ No

         If "Yes," provide:
         (1) Name of court: _____
         (2) Case number: _____
         (3) Date of filing: _____
         (4) Result: _____
         (5) Date of result: _____
         (6) Issues raised: _____

   (b)   Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?

         ☐ Yes            ☐ No

         If "Yes," provide:
         (1) Name of court: _____
         (2) Case number: _____
         (3) Date of filing: _____
         (4) Result: _____
         (5) Date of result: _____
         (6) Issues raised: _____

Case 3:22-cv-00315-HZ     Document 5     Filed 03/11/22     Page 5 of 11

District of Oregon
Corresponds to AO 242
Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241                                                                Page 6 of 10
(Rev. 1/20)                                    AMENDED PETITION

(c) Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence: _____

_____
_____
_____
_____
_____

11. **Appeals of immigration proceedings**

Does this case concern immigration proceedings?

☐ Yes          ☑ No

If "Yes," provide:

(a) Date you were taken into immigration custody: _____
(b) Date of the removal or reinstatement order: _____
(c) Did you file an appeal with the Board of Immigration Appeals?

☐ Yes          ☐ No

If "Yes," provide:

(1) Date of filing: _____
(2) Case number: _____
(3) Result: _____
(4) Date of result: _____
(5) Issues raised: _____

_____
_____
_____
_____

(d) Did you appeal the decision to the United States Court of Appeals?

☐ Yes          ☐ No

If "Yes," provide:

(1) Name of court: _____
(2) Date of filing: _____
(3) Case number: _____

Case 3:22-cv-00315-HZ   Document 5   Filed 03/11/22   Page 6 of 11

District of Oregon
Corresponds to AO 242
Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241                                  Page 7 of 10
(Rev. 1/20)                              AMENDED PETITION

(4) Result: _____

(5) Date of result: _____

(6) Issues raised: _____

_____

_____

_____

_____

_____

12. **Other appeals**

Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?

☐ Yes   ☑ No

If "Yes," provide:

(a) Kind of petition, motion, or application: _____

(b) Name of the authority, agency, or court: _____

(c) Date of filing: _____

(d) Docket number, case number, or opinion number: _____

(e) Result: _____

(f) Date of result: _____

(g) Issues raised: _____

_____

_____

_____

_____

_____

### Grounds for Your Challenge in This Petition

13. State every ground that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

**GROUND ONE:** Violation of 18 U.S.C. § 3632(d)(4) for failing to acknowledge, calculate, determine, recognize, credit or apply the maximum amount of FSA Time Credits.

Case 3:22-cv-00315-HZ   Document 5   Filed 03/11/22   Page 7 of 11

District of Oregon
Corresponds to AO 242
Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241                                                                 Page 8 of 10
(Rev. 1/20)                                    AMENDED PETITION

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
I am eligible for at least 10 days of FSA Time Credits for every 30 days of participation in assigned activities. I self-surrendered on February 17, 2022. I should be classified "minimum" risk to recidivate. I am willing to participate in any and all assigned activities or programs. My imposed term of incarceration is 90 days. Due to quarantine and delays, through no fault of mine, I was unable to participate in activities or programs immediately. I should earn at least 20 days of FSA Time Credits. Accordingly, my release date with FSA Time Credits and statutory home confinement of 9 days under 18 U.S.C. § 3624(c)(2) should be April 19, 2022.

(b) Did you present Ground One in all appeals that were available to you?
☐ Yes          ☑ No

**GROUND TWO:** Violation of 34 U.S.C. § 60541(g) for arbitrary and capricious denial of request for placement in home detention under elderly offenders pilot program.

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
I am an "eligible elderly offender" as defined under 18 U.S.C. § 60541(g)(5). I verbally requested placement in home confinement under the elderly offenders pilot program during a meeting with my BOP case manager. The BOP case manager denied my request arbitrarily and capriciously stating it was too burdensome to process the paperwork.

(b) Did you present Ground Two in all appeals that were available to you?
☐ Yes          ☑ No

**GROUND THREE:** _____

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
_____

(b) Did you present Ground Three in all appeals that were available to you?
☐ Yes          ☐ No

Case 3:22-cv-00315-HZ   Document 5   Filed 03/11/22   Page 8 of 11

District of Oregon
Corresponds to AO 242
Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241
(Rev. 1/20)
AMENDED PETITION
Page 9 of 10

**GROUND FOUR:** _____

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

(b) Did you present Ground Four in all appeals that were available to you?
☐ Yes          ☐ No

14. If there are any grounds that you did not present in all appeals that were available to you, explain why you did not:    (i) there are time constraints that would cause irreparable harm from delay; (ii) this involves statutory construction; and (iii) the BOP has already determined an incorrect release date rendering exhaustion futile.

### Request for Relief

15. State what you want the Court to do: Find that I should accrue and earn at least 20 days of FSA Time Credits, which applied to my statutory home confinement of 9 days under 18 U.S.C. § 3624(c)(2), results in a release date from incarceration on April 19, 2022. In addition, or in the alternative, order the BOP to process my request for placement in home detention under the elderly offenders program. Any additional relief that this Court determines is warranted.

District of Oregon Case 3:22-cv-00315-HZ   Document 5   Filed 03/11/22   Page 9 of 11
Corresponds to AO 242
Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241
(Rev. 1/20)                                                                                          Page 10 of 10

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system:*

_____

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: 3/7/2022                                            _____
                                                                          *Signature of Petitioner*

                                                          _____
                                                          *Signature of Attorney or other authorized person, if any*

* As noted in the instructions to this form (at #6), if you are incarcerated at Snake River Correctional Institution (SRCI) or Two Rivers Correctional Institution (TRCI), you must comply with the requirements of the E-Filing Program posted at the institution and set forth in Standing Order 2019-7 (for SRCI) or 2019-12 (for TRCI). Accordingly, you must submit your filings in this case to prison staff for scanning and electronic submission, instead of mailing the filing using the U.S. Postal Service. Please indicate the date you submitted this petition to prison staff for scanning and electronic submission.

# EXHIBIT A

| Home | About Us | Inmates | Locations | Careers | Business | Resources | Contact Us |

# Find an inmate.

Locate the whereabouts of a federal inmate incarcerated from 1982 to the present. Due to the First Step Act, sentences are being reviewed and recalculated to address pending Federal Time Credit changes. As a result, an inmate's release date may not be up-to-date. Website visitors should continue to check back periodically to see if any changes have occurred.

**Find By Number**     **Find By Name**

| First | Middle | Last | Race | Age | Sex |
|---|---|---|---|---|---|
| Kory | | Tarpenning | | | |

**1** Result for search **Kory Tarpenning**     Clear Form     Search



## KORY TARPENNING

Register Number: 67867-509

Age: 60
Race: White
Sex: Male

**Located at:** Sheridan FCI

Release Date: 05/15/2022

**Related Links**
Facility Information
Call or email
Send mail/package
Send money
Visit
Voice a concern

About the inmate locator & record availability

**About Us**
About Our Agency
About Our Facilities
Historical Information
Statistics

**Inmates**
Find an Inmate
First Step Act
Communications
Custody & Care
Visiting
Voice a Concern

**Locations**
List of our Facilities
Map of our Locations
Search for a Facility

**Careers**
Life at the BOP
Explore Opportunities
Current Openings
Application Process
Our Hiring Process

**Business**
Acquisitions
Solicitations & Awards
Reentry Contracting

**Resources**
Policy & Forms
News Stories
Press Releases
Publications
Research & Reports

**Resources For ...**
Victims & Witnesses
Employees
Federal Executions
Former Inmates
Media Reps

Contact Us | FOIA | No FEAR Act | Privacy Policy | Information Quality | Website Feedback
USA.gov | Justice.gov | Open Government

1 of 1         3/7/2022, 3:01 PM